AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br><br>**HOANG, Van, NGUYEN, Quang Can, NGUYEN, Trong Giang, NGUYEN, Can Trung, THONG, Phan Thanh, TRUONG, Hoang,**<br><br>**Defendants.** | ) | Case No. 8:26-PO-51 (ML) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 29, 2026, in the county of Franklin in the Northern District of New York the defendants violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1325 (a)(2) | The defendants, aliens and citizens of Vietnam enters or attempts to enter the United States at any time or place other than as designated by immigration officers. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

Border Patrol Agent Clinton Joseph

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: June 2, 2026

*Judge's signature*

City and State: Binghamton, New York

Hon. Miroslav Lovric, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

STATE OF NEW YORK )

COUNTY OF BROOME ) SS:

CITY OF BINGHAMTON )

I, Clinton Joseph, being duly sworn, deposes and states:

1. I am a United States Border Patrol Agent ("BPA") currently assigned to the Swanton Sector, Massena, NY Station. I have been a BPA for 18 years and have been assigned to the Swanton Sector since 2018. I successfully completed training at the United States Border Patrol Academy in 2008, where I received training on the smuggling and trafficking of people and drugs; detecting and tracking illegal entry into the U.S.; and conducting surveillance, traffic stops, interviews, and arrests. I have experience performing each of these duties as a BPA. This affidavit is based in part on information provided to me by others and from law enforcement and immigration databases. It does not set forth all of my knowledge about the investigation.

2. I submit this affidavit in support of a criminal complaint charging defendants with violating 8 U.S.C. § 1325(a)(1), which prohibits any alien, that is, any person who is not a citizen or national of the United States, from entering or attempting to enter the United States "at any time and place other than as designated by immigration officers."

3. On May 29, 2026, at approximately 1450 hours, a Border Patrol Agent observed six individuals exit a dark grey SUV and get into a black Toyota Highlander at Speedway Plaza in Hogansburg, NY. At approximately 3:40 p.m., with assistance from the New York State Police (NYSP), the Highlander was stopped in the Town of Chateaugay due to a driver-side brake light malfunction. USBP agents conducted an immigration inspection and questioned the six passengers, all of whom admitted to being citizens of Vietnam and that they were present in the United States without proper documentation to be in, enter, or remain legally in the United States. The subjects were arrested and transported to the Massena Border Patrol Station for record checks, interviews, and processing.

4. At the station biographical information was ran on each of the subjects which confirmed that none of the subjects had permission to be in the United States.

5. The following defendants waived their *Miranda* rights and admitted that they unlawfully entered the United States from Canada: HOANG, NGUYEN, Q.,NGUYEN, T., NGUYEN, V., THONG, and TRUNG.

**Conclusion**

6. Based on the foregoing, I respectfully request the Court issue the proposed complaint charging the defendants with improper entry by an alien, in violation of 8 U.S.C. § 1325(a)(1).

Agent Clinton Joseph
United States Border Patrol

I, the Honorable Miroslav Lovric, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by telephone on June 2, 2026 in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Miroslav Lovric

Hon. Miroslav Lovric
United States Magistrate Judge